RICHARD G. SOMES, STATE BAR #203957
NATHAN E. MALONE, STATE BAR #249621
rsomes@tysonmendes.com; nmalone@tysonmendes.com
TYSON & MENDES, LLP
17901 Von Karman Avenue, Suite 600
Irvine, CA 92614
Telephone: 949.490.4840/Facsimile: 949.267.5261

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION
(erroneously sued as Costco Wholesale Membership, Inc.)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

BARBARA DOSS, an individual,

Plaintiff,

v.

COSTCO WHOLESALE MEMBERSHIP, INC., a California corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 2:21-cv-4470

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Costco Wholesale Corporation (erroneously sued as Costco Wholesale Membership, Inc.) ("Defendant") hereby removes this action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

/ / /

/ / /

/ / /

TYSON & MENDES, LLP
17901 VON KARMAN AVENUE, SUITE 600
IRVINE, CA 92614
(949) 490-4840/(949) 267-5261 FAX

**The State Court Action**

1. On April 12, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled Barbara Doss vs. Costco Wholesale Corporation. (erroneously sued as Costco Wholesale Membership, Inc.) as Case No. 21STCV13888. A copy of the Complaint is attached hereto as Exhibit 1.

2. The date upon which Defendant first received a copy of said Complaint and Summons was April 28, 2021 from said state court. A copy of the summons is attached hereto as Exhibit 2.

**Complete Diversity Exists**

1. Plaintiff Barbara Doss ("Plaintiff") is a citizen of the state of California.

2. Defendant Costco Wholesale Corporation was, at the time of the filing of this action, and still is, a citizen of the state of Washington. Defendant is a Washington corporation with its headquarters and principal place of business in Washington. Costco Wholesale Membership, Inc. is a citizen of the state of Washington and is a subsidiary of Costco Wholesale Corporation, with its principal place of business in the state of Washington, and has no authority to direct, supervise, operate or control any of the Costco Warehouses in California.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**Amount in Controversy Exceeds $75,000**

4. Plaintiff's lawsuit asserts causes of action against Defendant for premises liability and negligence. (*See* Complaint in case no. 21STCV13888, Superior Court of California, County of Los Angeles, attached as Exhibit 1.)

TYSON & MENDES, LLP
17901 VON KARMAN AVENUE, SUITE 600
IRVINE, CA 92614
(949) 490-4840/(949) 267-5261 FAX

TYSON & MENDES, LLP
17901 VON KARMAN AVENUE, SUITE 600
IRVINE, CA 92614
(949) 490-4840/(949) 267-5261 FAX

5. In brief, Plaintiff alleges that on June 14, 2019, she sustained injuries when she tripped and fell over a pallet, as she was moving out of the way of a forklift, in Defendant's store located at 12530 Prairie Ave., Hawthorne, CA 90250 and that Defendant was negligent in its acts and/or omissions. (*See* Complaint in case no. 21STCV13888, Superior Court of California, County of Los Angeles, at Pages 3-4, First Cause of Action – Premises Liability and Second Cause of Action – General Negligence, attached as Exhibit 1.)

6. Plaintiff alleges she has sustained hospital and medical expenses, general damage, loss of income, and a loss of future earning capacity. (*See* Complaint in case no. 21STCV13888, Superior Court of California, County of Los Angeles, at Pages 3 to 5, attached as Exhibit 1.)

7. The Complaint does not state a demand for a specific sum. Moreover, it is not facially apparent from the allegations of the Complaint that the amount in controversy in exceeded the $75,000 jurisdictional minimum established by 28 U.S.C. §1332(a).

8. However, on April 28, 2021, Plaintiff served with its Summons and Complaint a Statement of Damages totaling **$1,500,000.00** which exceeds the $75,000 jurisdictional minimum. Specifically, Plaintiff identifies $500,000.00 in special damages and $1,000,000 in general damages. A copy of the Statement of Damages is attached hereto as Exhibit 3.

**Notice of Removal Is Timely**

9. On April 28, 2021, Plaintiff personally served the Summons and Complaint with Plaintiff's Statement of Damages on Defendant through its registered agent, C T Corporation System. The Statement of Damages identified $1,500,000.00 in total damages, and it was factually apparent from the allegations therein that the amount in controversy exceeded the $75,000 jurisdictional minimum.

10. This Notice of Removal, therefore, has been timely filed within 30 days of the date that Plaintiff served her Statement of Damages. *See* 28 U.S.C. § 1446(b)(3).

/ / /

TYSON & MENDES, LLP
17901 VON KARMAN AVENUE, SUITE 600
IRVINE, CA 92614
(949) 490-4840/(949) 267-5261 FAX

**Other Requirements for Removal Are Met**

11. Removal to this Court is proper as the Superior Court of the State of California, County of Los Angeles, where the action was originally filed, is located in this district.

12. A copy of all process, pleadings, and orders served upon Defendant in the state court action on April 28, 2021 are attached hereto as Exhibits 1-3.

15. Counsel for Defendant certifies it will file a copy of the Notice of Removal with the clerk of the Superior Court of the State of California, County of Los Angeles, and give notice of same to counsel for Plaintiff.

Date: May 28, 2021

TYSON & MENDES, LLP

By: */s/Richard G. Somes*
RICHARD G. SOMES, Esq.
NATHAN E. MALONE, Esq.
Attorneys for Defendant COSTCO WHOLESALE MEMBERSHIP, INC.

TYSON & MENDES, LLP
17901 VON KARMAN AVENUE, SUITE 600
IRVINE, CA 92614
(949) 490-4840/(949) 267-5261 FAX

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 600, Irvine, CA 92614.

On May 28, 2021, I served the foregoing document described as:

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

__X__ BY UNITED STATES MAIL: I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, at the addresses stated on attached service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 28, 2021, at Irvine, California.

*/s/*

MARIE VICTOR

TYSON & MENDES, LLP
17901 VON KARMAN AVENUE, SUITE 600
IRVINE, CA 92614
(949) 490-4840/(949) 267-5261 FAX

**SERVICE LIST**

| | |
|---|---|
| Robert L. Booker II, Esq.<br>Joana Fang, Esq.<br>CENTURY PARK LAW GROUP, LLP<br>864 S. Robertson Blvd., 3rd Floor<br>Los Angeles, California 90035<br>Telephone: (888) 203-1422<br>Facsimile: (888) 203-1424<br>Email: Robert@CPLGLaw.com; Joana@CPLGLaw.com<br><br>Attorneys for Plaintiff BARBARA DOSS | |