JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA DOSS**,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**COSTCO WHOLESALE CORPORATION**<br><br>　　　　　　Defendant. | Case No.: 2:21-cv-04470-SSS-KSx<br><br>Judge: Hon. Sunshine S. Sykes<br><br>**JUDGMENT**<br><br>Complaint Filed: April 12 2021<br>Removed: May 28, 2021<br>Trial Date: December 11, 2023<br><br>**NOTE CHANGES MADE BY COURT** |

This action came before the Court for trial by jury on December 11, 2023. The issues were tried and the jury rendered a verdict for the Plaintiff on December 19, 2023.

In accordance with the jury's verdict, IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiff, Barbara Doss and against Defendant, Costco Wholesale Corporation in the sum of FOUR HUNDRED EIGHTY-FOUR THOUSAND EIGHT HUNDRED DOLLARS AND NO CENTS ($484,800.00).

Plaintiff, Barbara Doss shall also recover her costs against Defendant, Costco Wholesale Corporation in an amount to be determined upon request of counsel.

Dated: January 3, 2024

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE